```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

         IN RE:                                         CASE NO. 06 B 07117
            KEVIN D MONTELLO
            CATHY A MONTELLO                            CHAPTER 13

                                                        JUDGE: A. BENJAMIN GOLDGAR
                       Debtor
            SSN XXX-XX-9911      SSN XXX-XX-1050


         -------------------------------------------------------------------------
                           TRUSTEE'S FINAL REPORT AND ACCOUNT
         -------------------------------------------------------------------------
              Glenn Stearns, Chapter 13 Standing Trustee, submits the following
         Final Report and Account of the administration of the estate pursuant to
         11 USC 1302(b)(1).

            1.  The case was filed on 06/16/06 and confirmed on 12/08/06.

            2.  The case was converted to Chapter 7 after confirmation, 12/06/2007.

            3.  The Debtor paid a total of $  17304.19 .

            4.  The Trustee made disbursements to creditors as follows:


         -------------------------------------------------------------------------
         CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                                     PAID           PAID
         -------------------------------------------------------------------------
         HSBC MORTGAGE SERVICES    CURRENT MORTG          .00            .00            .00
         HSBC MORTGAGE SERVICES    MORTGAGE ARRE          .00            .00            .00
         CAPITAL ONE AUTO FINANCE  SECURED            4500.00         143.58        4394.62
         LEIBOWITZ LAW CENTER      SECURED            5659.00         393.19        5659.00
         AMERICAN GENERAL FINANCE  UNSECURED          2014.97            .00            .00
         ANESTHISIA CONSULTANTS L  UNSECURED          NOT FILED          .00            .00
         ANTHONY BOSCO JR          UNSECURED          NOT FILED          .00            .00
         AR RESOURCES              UNSECURED          NOT FILED          .00            .00
         CAPITAL ONE BANK          UNSECURED          1217.46            .00            .00
         CERTIFIED SERVICES INC    UNSECURED          NOT FILED          .00            .00
         CLINICAL ASSOCIATES       UNSECURED          NOT FILED          .00            .00
         CONDELL ACUTE CARE        UNSECURED          NOT FILED          .00            .00
         CREDIT PROTECTION ASSOC   UNSECURED          NOT FILED          .00            .00
         ILLINOIS BONE & JOINT CE  UNSECURED          NOT FILED          .00            .00
         ILLINOIS COLLECTION SERV  UNSECURED          NOT FILED          .00            .00
         KENOSHA MEDICAL CTR CLIN  UNSECURED          NOT FILED          .00            .00
         MITCHELL N KAY            UNSECURED          NOT FILED          .00            .00
         MRS ASSOCIATES            UNSECURED          NOT FILED          .00            .00
         MALCOLM S GERALD          UNSECURED          NOT FILED          .00            .00
         MALCOLM S CERALD          UNSECURED          NOT FILED          .00            .00
         -------------------------------------------------------------------------
         CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                                     PAID           PAID
         -------------------------------------------------------------------------
         MEDICAL BUSINESS BUREAU   UNSECURED          NOT FILED          .00            .00
         B LINE LLC                UNSECURED           366.61            .00            .00
         NEW ERA MEDICAL SERVICES  UNSECURED          NOT FILED          .00            .00
         UNITED HOSPITAL SYSTEM    UNSECURED           186.80            .00            .00
         OSI COLLECTION SERVICES   UNSECURED          NOT FILED          .00            .00
         OSI COLLECTION SERVICES   UNSECURED          NOT FILED          .00            .00
         PELLETTIERI & ASSOC       UNSECURED          NOT FILED          .00            .00
```

```
PFG OF MINNESOTA           UNSECURED      NOT FILED              .00             .00
TRANSWORLD SYSTEMS INC     UNSECURED      NOT FILED              .00             .00
VISTA MEDICAL CENTER EAS   UNSECURED        1106.80              .00             .00
LEIBOWITZ LAW CENTER       SECURED          6020.00              .00         6020.00
CAPITAL ONE AUTO FINANCE   UNSECURED         248.78              .00             .00
CAPITAL ONE BANK           UNSECURED        1173.36              .00             .00
CAPITAL ONE BANK           UNSECURED         812.85              .00             .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   16179.00          .00      7127.63           .00       23306.63
PRINCIPAL PAID       16073.62          .00           .00          .00       16073.62
INTEREST PAID          536.77          .00           .00          .00         536.77
TOTAL PAID           16610.39          .00           .00          .00       16610.39
```

The Debtor's attorney, DAVID P LEIBOWITZ        , was allowed $   3000.00
and was paid $    226.00   direct and $     94.48   through the plan.

The Trustee received $     599.32 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 03/11/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 06 B 07117 KEVIN D MONTELLO & CATHY A MONTELLO